UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAREDES<br><br>                    Plaintiff,<br><br>          -v-<br><br>ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>                    Defendant. | 21 Civ. 2816 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference is currently scheduled for August 10, 2021. The parties have, however, failed to file a joint letter or case management plan in a timely manner per the Court's individual rules. This conference is therefore adjourned until **August 18, 2021 at 2:00 p.m**. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 10, 2021
       New York, New York