UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA PAREDES,

                        Plaintiff,

-v-

ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,

                        Defendant.

21 Civ. 2816 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The case management conference in this case is rescheduled to April 18, 2022, at 10 a.m. For avoidance of doubt, the conference will be held telephonically. The parties should call into the Court's dedicated conference line in the manner described in the Court's order setting the initial pretrial conference. *See* Dkt. 9.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: April 13, 2022
         New York, New York