UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA PAREDES,

                                                Plaintiff,                        21 Civ. 2816

                        -v-

ARAMARK MANAGEMENT SERVICES LIMITED                                     ORDER
PARTNERSHIP et al.,

                                                Defendants.

---

PAUL A. ENGELMAYER, District Judge:

On April 18, 2022, the Court held a case management conference in this case. At the

conference, the Court set the following dates and deadlines:

- May 16, 2022: Completion of mediation.

- May 31, 2022: Close of fact discovery.

- June 29, 2022: Case management conference.

The June 29, 2022 case management conference will occur at 4 p.m. and shall be held

telephonically. The parties should call into the Court's dedicated conference line in the manner

described in the Court's order setting the initial pretrial conference. *See* Dkt. 9

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 18, 2022
       New York, New York